IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TOM MONTGOMERY as Personal Representative of the Estate of MICHAEL TRAVIS CLINARD, deceased; JENNIFER MONTGOMERY; T.C., by and through *guardian ad litem* Michael B. Smith; Z.C., by and through *guardian ad litem* Michael B. Smith; A.C. by and through *guardian ad litem* Michael B. Smith, <br><br>Plaintiffs, <br><br>v. <br><br>KING COUNTY, a political subdivision of the State of Washington, TODD CLARK, in his personal capacity; JOHN DIAZ, in his personal capacity; HIKARI (KARI) TAMURA, in her personal capacity; MYRON ALLEN, in his personal capacity; DANOTRA MCBRIDE, in her individual capacity; STEWART HANNEY, in his personal capacity; CATHERINE HOMER, in her personal capacity; BENJAMIN SANDERS, in his personal capacity; LISA PETERSON, in her personal capacity; SUEANNE BRENT, in her personal capacity; MICHAEL KILBOURNE, in his personal capacity; JOHN DOE 1 ("OCAMPO"), in his/her personal capacity; JANE DOE 2 ("REBECCA"), in her personal capacity; JOHN and JANE DOES 3-10, in their personal capacities, <br><br>Defendants. | NO.  2:20-cv-00855-RAJ <br><br> DEMAND FOR JURY TRIAL |

DEMAND FOR JURY TRIAL - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1   PLAINTIFFS hereby request this case be tried before a jury of twelve (12) persons pursuant
2 to LCR 38(b).

3   Respectfully submitted this 5th day of June, 2020.

4   GALANDA BROADMAN, PLLC

5   s/Ryan D. Dreveskracht

Ryan D. Dreveskracht, WSBA #42593
6   s/Gabriel S. Galanda

7   Gabriel S. Galanda, WSBA #30331
Attorneys for Plaintiffs
P.O. Box 15146 Seattle, WA 98115
8   (206) 557-7509 Fax: (206) 299-7690
Email: ryan@galandabroadman.com
9   Email: gabe@galandabroadman.com

DEMAND FOR JURY TRIAL - 2

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509