UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOM MONTGOMERY et al., <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY et al., <br><br> Defendant. | CASE NO. 2:20-cv-00855-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On April 20, 2022, Defendant King County filed a Stipulated Motion and Order of Dismissal of Defendant King County. Dkt. No. 108. The Court previously dismissed this case with prejudice and without costs or fees upon approval of the Parties' settlement as recommended by the Settlement Guardian ad Litem. *See* Dkt. No. 107. When the order dismissing this case was entered, the only remaining Defendant was King County, which was a party to the proposed settlement and a signatory to the stipulated motion to approve

MINUTE ORDER - 1

and dismiss. *See* Dkt. No. 105. Therefore, the Court STRIKES as moot Defendant's redundant motion.

Dated this 25th day of April 2022.

                                      Ravi Subramanian
                                      Clerk of the Court

                                      s/ Kadya Peter
                                      Deputy Clerk